930

No. 971. INDEPENDENT PETROLEUM WORKERS OF AMERICA, INC., *v.* AMERICAN OIL Co. C. A. 7th Cir. Certiorari granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *William Belshaw, Benedict R. Danko, David E. Feller, Elliot Bredhoff, Jerry D. Anker* and *Michael H. Gottesman* for petitioner. *Richard P. Tinkham* and *Daniel F. Kelly* for respondent. 

No. 999, Misc. LINKLETTER *v.* WALKER, WARDEN. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. Case transferred to the appellate docket. *Truman Hobbs* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Teddy W. Airhart, Jr.,* Assistant Attorney General, for respondent. 

No. 862. REICH ET AL. *v.* WEBB ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Jack Corinblit* for petitioners. *John Whyte* for Webb et al., and *Thomas W. Clarke* for Beverly Hills Federal Savings & Loan Association, respondents. 

No. 894. VANCE ET AL., DOING BUSINESS AS VANCE DAIRY, *v.* FREEMAN, SECRETARY OF AGRICULTURE. C. A. 5th Cir. Certiorari denied. *Alfred Moore, John B. Carroll* and *Arthur E. Sutherland* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Pauline B. Heller* for respondent.